IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CESAR GALVAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  9:20-CV-00127 |
| | § | JUDGE MICHAEL TRUNCALE |
| BLUE BEAR TRUKIN, INC. AND | § | |
| KENNETH LEON BLUE, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Dismissal with Prejudice. [Dkt. 51].  The Parties seek a dismissal with prejudice in this matter.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 23rd day of February, 2022.**

_____
Michael J. Truncale
United States District Judge